THE PEOPLE OF THE STATE OF NEW YORK ex rel. COUNTY OF SARATOGA et al., Appellants, against STATE TAX COMMISSION et al., Respondents.

Argued October 21, 1937; decided November 16, 1937.

*Arthur H. Vinett, Edward W. Barrett, Patrick J. Keniry, Benjamin B. Rogers, Frank A. Tate, Thomas O'Connor, George E. O'Connor* and *George Toomey* for appellants.

*Sheridan P. Wait* for city of Saratoga Springs et al., respondents.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *James R. Creary* of counsel), for State Tax Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.